UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LOUIS MATTHEW CLEMENTS,

    Plaintiff,

v.                                            Case No. 2:22-cv-190-JLB-NPM

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

Before the court is plaintiff Louis Matthew Clements's motion to file electronically (Doc. 10). The motion is due to be denied because Clements failed to confer with defense counsel in good faith, violating Local Rule 3.01(g). Moreover, he has not provided a basis for his request or a legal memorandum, violating Local Rule 3.01(a). All parties—even pro se plaintiffs—must comply with the court's procedural rules. *E.g.*, *Woodford v. Ngo*, 548 U.S. 81, 103 (2006).

The Middle District of Florida requires pro se litigants to "file paper originals of all complaints, pleadings, motions, affidavits, briefs, and other documents," unless authorized by the judge. *Administrative Procedures for Electronic Filing* §§ B(4), E(6) (Feb. 1, 2021). "Pro se litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving CM/ECF procedures." *Huminski v. Vermont*, No. 2:13-cv-692-FtM-29, 2014 WL 169848, *4

(M.D. Fla. Jan. 15, 2014); *see also McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011) (affirming denial of CM/ECF access for pro se litigants).

Also, any member of the public has the ability to access electronic records of the federal courts by registering online with PACER. As provided in the court's Guide for Proceeding Without a Lawyer:

> If you have internet access, you may also register for PACER (Public Access to Court Electronic Records) and view and print the documents for your case. To register, go to the PACER registration page on the PACER website (www.pacer.gov) or call (800) 676-6856. Using PACER may cost $.10 per printed page. PACER will give you details when you register. Problems with PACER should be addressed to PACER, not to the court.

*Guide for Proceeding Without a Lawyer*, p. 13 (Oct. 13, 2020) (available at https://www.flmd.uscourts.gov/litigants-without-lawyers). And litigants without access to CM/ECF may currently file documents using the following link: https://apps.flmd.uscourts.gov/cmecf/filings.cfm.[1] Accordingly, the motion to file electronically (Doc. 10) is **DENIED**.

**ORDERED** on April 18, 2022.

NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

---

[1] This form was made available after former President Trump declared a national emergency on March 13, 2020.